# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2015

148151

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY ALBERT SCHWEBACH,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 148151
COA: 314839
Bay CC: 12-010894-FH

      By order of July 29, 2014, the application for leave to appeal the October 10, 2013 order of the Court of Appeals was held in abeyance pending the decision in *People v Lockridge* (Docket No. 149073).  On order of the Court, the case having been decided on July 29, 2015, 498 Mich 358 (2015), the application is again considered.  Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Bay Circuit Court to determine whether the court would have imposed a materially  different sentence under the sentencing procedure described in *Lockridge*.  On remand, the trial court shall follow the procedure described in Part VI of our opinion.  If the trial court determines that it would have imposed the same sentence absent the unconstitutional constraint on its discretion, it may reaffirm the original sentence.  If, however, the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant.  In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2015



p1019

Clerk